JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile:  (415) 576-9929

E-filing

Attorney for Plaintiffs
Ningchuan SHEN
Qi FAN
Shiyi SHEN

PVT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Ningchuan SHEN
Qi FAN
Shiyi SHEN

Plaintiffs,

vs.

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security;
ROBERT S. MUELLER,
Director of Federal Bureau of Investigation

Defendants.

C 07 .: 3148

Case No.:

**COMPLAINT FOR WRIT IN THE
NATURE OF MANDAMUS**

"Immigration Case"

Plaintiffs, Ningchuan SHEN, Qi FAN and Shiyi SHEN, by and through their undersigned

attorney, sue Defendants and states as follows:

1.    This action is brought against the Defendants to compel action on three Applications to

Adjust to Permanent Resident Status, or Form I-485, based on Employment, properly filed by the

Plaintiffs. The applications remain within the jurisdiction of the Defendants, who have improperly

withheld action on said application to Plaintiffs' detriments.

## PARTIES

2.    Plaintiff Ningchuan SHEN, Plaintiff Qi FAN, who is spouse of Plaintiff Ningchuan

SHEN, and Shiyi SHEN, who is daughter of Plaintiffs Ningchuan SHEN and Qi FAN, are natives

and citizens of China. They filed three Applications to Register Permanent Resident or Adjust

Status (Form I-485) on January 23, 2002 and are seeking to become lawful permanent residents of

the United States as beneficiaries of an approved I-140 Immigrant Petition for Alien Worker.

3.     Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity.  He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS  8 U.S.C. 1103(a); 8 C.F.R.  2.1.

4.     Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State.  As will be shown, Defendant has failed to complete the security clearances on Plaintiffs' case.

## JURISDICTION

5.     Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.*  Relief is requested pursuant to said statutes.

## VENUE

6.     Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the Plaintiffs reside if no real property is involved in the action.

## EXHAUSTION OF REMEDIES

7.     Plaintiffs have exhausted their administrative remedies.

## CAUSE OF ACTION

8.     On January 23, 2002, Plaintiffs Ningchuan SHEN, Qi FAN and Shiyi SHEN filed their applications to Register Permanent Resident (Form I-485) **(Exhibit 1: Copies of I-485 Receipt Notices)** based on an approved Form I-140 filed by Plaintiff Ningchuan SHEN's employer NUMERICAL TECHNOLOGIES, INC.

9.     Based on information provided by Plaintiff Ningchuan SHEN, Plaintiffs believe that their I-485 is pending FBI name check clearance**(Exhibit 2: Evidence showing case pending FBI name check)**.

10.    On March 7, 2007, Plaintiff Ningchuan SHEN's I-485 was transferred to the USCIS Nebraska Service Center **(Exhibit 3: Transfer Notice)**.  According to the Service Center processing dates, the USCIS NSC is currently processing I-485 Employment-based adjustment

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT                    F:\LING\Mandamus\485 based on 140\SHEN Ningchuan, FAN Qi, Shen Shiyi\Complaint.wpd

2

1 | application filed on August 13, 2006. Plaintiffs' I-485 applications have now remained pending

2 | for more than five years and four months from the date of the filing. (**Exhibit 4: Copy of NSC**

3 | **Processing Dates Posted on May 18, 2007**).

4 | 11.    Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance

5 | with the law.  Defendants unreasonably have delayed in and have refused to adjudicate Plaintiffs'

6 | I-485 applications for more than five years and four months from the date of filing, thereby

7 | depriving them of the rights to the decisions on their applications and the peace of mind to which

8 | Plaintiffs are entitled.

9 | 12.    Plaintiffs have been damaged by the failure of Defendants to act in accord with their duties

10 | under the law.

11 |       (a)    Plaintiffs Ningchuan SHEN, Qi FAN and Shiyi SHEN have been damaged  by

12 |               simply being deprived of the adjudication of their Applications to Adjust to

13 |               Permanent Resident Status for over five years and four months.  Plaintiffs have

14 |               also been unable to plan or pursue a future course of action in the United States

15 |               due to the pendency of their I-485 applications.

16 |       (b)    Plaintiffs Zhenyang CHEN, Qi FAN and Shiyi SHEN  have further been damaged

17 |               in that their employment authorization and travel document are tied to their status

18 |               as applicants for permanent residency, and are limited to increments not to exceed

19 |               one year. 8 CFR §274a.12(c)(9). Therefore, Plaintiffs have been forced to

20 |               repeatedly apply and pay for extensions of employment authorization and travel

21 |               document, to the continued inconvenience and harassment of Plaintiffs to

22 |               continually insure their work and travel eligibility.

23 | 13.    The Defendants, in violation of the Mandamus Act and Administrative Procedures Act, 5

24 | USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiffs' I-485

25 | applications and have failed to carry out the adjudicative functions delegated to them by law with

26 | regard to Plaintiffs' case.

27 | **PRAYER**

28 | 14.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs

1  respectfully pray that the Defendants be cited to appear herein and that, upon due consideration,

2  the Court enter an order:

3      (a)  requiring Defendants to expeditiously complete Plaintiffs Ningchuan SHEN and Qi

4  FAN's FBI Security Check for their I-485 applications of adjustment of status;

5      (b)  requiring Defendants to expeditiously process both of Plaintiffs' I-485 Applications

6  to conclusion;

7

8      (c)  awarding Plaintiffs reasonable attorney's fees under the Equal Access to Justice

9  Act;

10      (d)  granting such other relief at law and in equity as justice may require.

11

12  Dated:    June 13, 2007                    Respectfully submitted,

13

14

15                                             Justin X. WANG, Esq.
                                               Attorney for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATION OF INTERESTED ENTITIES OR PERSON**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.


Dated:        June 13, 2007                              Respectfully submitted,


_____
Justin X. WANG, Esq.
Attorney for Plaintiffs

1
2
3

**LIST OF ATTACHMENTS**

4
5

| *Exhibit* | *Description* |
|---|---|
| 1 | Copy of I-485 Receipt Notices |
| 2 | Evidence showing Plaintiff's case pending FBI name check |
| 3 | Plaintiff Ningchuan SHEN's I-485 Transfer Notice |
| 4 | Copy of NSC Processing Dates Posted on May 18, 2007 |

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 1

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I485   APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|
| WAC-02-095-52252 | | RESIDENT STATUS |
| RECEIVED DATE | PRIORITY DATE | APPLICANT   A95 296 853 |
| January 23, 2002 | | SHEN, NINGCHUAN |
| NOTICE DATE | PAGE | |
| January 25, 2002 | 1 of 1 | |

TIMOTHY WIDMAN
LAW OFFICE OF HELGA M CARSON
RE: NINGCHUAN SHEN
399 SHERMAN AVE  STE  8
PALO ALTO CA 94306

Notice Type:  Receipt Notice

Amount received: $ 245.00
Section: Adjustment as direct
beneficiary of immigrant
petition

The above application or petition has been received. It usually takes 975 to 999 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (949) 831 8427 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit the INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (949) 831 8427



Immigration and Naturalization Service

# THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| **RECEIPT NUMBER**<br>WAC-02-095-52285 | | **CASE TYPE** I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIVED DATE**<br>January 23, 2002 | **PRIORITY DATE** | **APPLICANT** A95 296 854<br>FAN, QI |
| **NOTICE DATE**<br>January 25, 2002 | **PAGE**<br>1 of 1 | |

| | |
|---|---|
| TIMOTHY WIDMAN<br>LAW OFFICE OF HELGA M CARSON<br>RE: QI FAN<br>399 SHERMAN AVE STE 8<br>PALO ALTO CA 94306 | **Notice Type:** Receipt Notice<br><br>**Amount received: $ 245.00**<br><br>**Section:** Derivative adjustment |

The above application or petition has been received. It usually takes 975 to 999 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (949) 831 8427 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit the INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
INMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (949) 831 8427



Immigration and Naturalization Service        **Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-92-095-52320 | | CASE TYPE I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>January 23, 2002 | PRIORITY DATE | APPLICANT   A95 296 855<br>SHIEN, SHIYI |
| NOTICE DATE<br>January 25, 2002 | PAGE<br>1 of 1 | |

| | |
|---|---|
| TIMOTHY WIDMAN<br>LAW OFFICE OF HELGA M CARSON<br>RE: SHIYI SHEN<br>399 SHERMAN AVE  STE  8<br>PALO ALTO CA 94306 | Notice Type:  Receipt Notice<br><br>Amount received: $ 160.00<br><br>Section: Derivative adjustment |

The above application or petition has been received.  It usually takes 975 to 999 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number (949) 831 8427 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283.  If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit the INS at www.ins.usdoj.gov.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92507-0111
Customer Service Telephone: (949) 831 8427



Exhibit 2

**Ningchuan Shen**

| | |
|---|---|
| **From:** | Alan Tafapolsky [tafapolsky@tandslaw.com] |
| **Sent:** | Wednesday, July 06, 2005 1:00 PM |
| **To:** | 'Ningchuan Shen'; tafapolsky@tsemlaw.com |
| **Cc:** | Amy.Jennison@synopsys.COM |
| **Subject:** | RE: questions about my AOS |

Hi Mr. Shen:

I can only report what the CIS says but many cases undergoing "detailed review" are actually undergoing detailed security checks. This accounts for a large number of cases not being processed according to the CIS just in time reports.


best,


Alan Tafapolsky
Tafapolsky & Smith LLP
90 New Montgomery St., 8th Floor
San Francisco, CA 94105

EMAIL: tafapolsky@tandslaw.com
Direct Phone: 415 344-3602
Fax: 415 975-9850


**From:** Ningchuan Shen [mailto:Ningchuan.Shen@synopsys.com]
**Sent:** Wednesday, July 06, 2005 10:30 AM
**To:** tafapolsky@tsemlaw.com
**Subject:** RE: questions about my AOS

Hi Alan,

I sent the following email on May 24 but I can not get your reply.  Please take care of my case. Thanks!

-Ningchuan

> -----Original Message-----
> **From:** Ningchuan Shen
> **Sent:** Tuesday, May 24, 2005 9:07 AM
> **To:** 'tafapolsky@tsemlaw.com'
> **Cc:** Ningchuan Shen
> **Subject:** qustions about my AOS


> Hi Alan,

> My name is Ningchuan Shen and I work at Synopsys.

6/11/2007

It has been over 3 years since filed my AOS application.

First, I summarize the recent updates for my case.

1. On 4/14/04, got RFE notice for my AOS application.
2. On 5/28/04, got my second fingerprint notice.
3. On 7/28/04, asked Marie to inquire my case's status.
4. On 8/10/04, Marie submitted a fax to inquire my case.
5. On 10/20/04, got the result "This case is undergoing detailed review. Please allow sufficient time for processing."
6. On 12/23/04, asked me to sign G28 form. (It means the previous one is lost). I remembered this is the third time I sign the same form.
7. On 2/16/05, filed my H1B (7th year) and EAD & AP extension (the 4th).
8. On 3/24/05, got my daughter's fingerprint notice.
9. On 3/22/05, got my H1 extension approved.
10. On 4/14/05, got EAD/AP extension approved.

I'd like to know what the detailed review means. Why does my case take such long time? Is there something wrong with my case? (lost materials) I heard that many attorneys have their channel to connect CIS directly. Do you have such a channel to get my case's real status?
Thanks!

-Ningchuan

6/11/2007

## Ningchuan Shen

**From:**    Ningchuan Shen
**Sent:**    Monday, June 11, 2007 3:54 PM
**To:**    Ningchuan Shen
**Subject:** RE: Mandamus Action for pending AOS

**From:** Amy Jennison
**Sent:** Thursday, November 02, 2006 10:54 AM
**To:** Ningchuan Shen
**Subject:** FW: Mandamus Action for pending AOS

Ningchuan,

Here is a quick summary of the steps taken:

1.  We have heard  back form the inquiry (from CIS) and the information provided is only that it is pending security check.  We can  continue to send periodic status inquiries to the CIS, but since they are waiting for the FBI just like we are, they do not provide any more information.

2.  Monty signed letter for congressional inquiry.

3.   I sent a list of names (yours included) to ACIP (another attorney liaison group) for all cases that have been stuck in security checks for over 18 months.  These issues are to be escalated to an ombudsman at CIS.

If I hear any information, you will be contacted. Thanks.

**From:** J. Anthony Smith [mailto:smith@tandslaw.com]
**Sent:** Friday, July 21, 2006 5:29 PM
**To:** 'Monty Peralta'
**Cc:** 'Amy Jennison'; tafapolsky@tandslaw.com; 'Marie Kawai'
**Subject:** RE: Mandamus Action for pending AOS

Monty:

There's nothing AILA can do on security check issues, but I will contact the Congressional office.

Thanks,

Tony

**From:** Ningchuan Shen
**Sent:** Wednesday, July 19, 2006 10:44 AM
**To:** Monty Peralta
**Subject:** FW: Mandamus Action for pending AOS

Hi Monty,

The attorney's name is Wang Xiaohe and Web is www.lawbw.com.
The headquarter is 111 Pine Street. Suite 1350, San Francisco, CA 94111
Tel: (415) 576-9923 Fax: (415) 576-9929.

Thanks!

-Ningchuan

---

**From:** Marie Kawai [mailto:kawai@tandslaw.com]
**Sent:** Tuesday, July 18, 2006 2:50 PM
**To:** 'Ningchuan Shen'
**Subject:** RE: Mandamus Action for pending AOS

Hi Ningchuan,

I can fax you the I485 receipt notices, but you should already have received the originals when your I485 was first filed.  Have they been misplaced?

As for the I140 approval, I need to obtain an approval from Synopsys.  I'll get back to you on that.

Marie

---

**From:** Ningchuan Shen [mailto:Ningchuan.Shen@synopsys.com]
**Sent:** Tuesday, July 18, 2006 2:41 PM
**To:** Marie Kawai
**Subject:** RE: Mandamus Action for pending AOS

Hi Marie,

The company do not cover the cost for the lawsuit.  I just find a attorney who can help me file this lawsuit and I will pay the cost. Right now I need your help. Would you like to fax me the copies of I140 approve notice and I485 receipt notice of our family. My fax number is  650-584-2823. Thanks!

-Ningchuan

Exhibit 3

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-02-095-52252 | CASE TYPE I485  APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|
| RECEIPT DATE<br>January 25, 2002 | PRIORITY DATE | APPLICANT  A095 296 853<br>SHEN, NINGCHUAN |
| NOTICE DATE<br>March 7, 2007 | PAGE<br>1 of 1 | |

NINGCHUAN SHEN
4838 MOORPARK AVE
SAN JOSE CA 95129

**Notice Type:** Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

   Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update.

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to.  If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case.  If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries.  The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** (800) 375-5283



Form I-797 (Rev. 01/31/05) N

Exhibit 4

Home   Contact Us   Site Map   FAQ

Search

Advanced Search 

Services & Benefits      Immigration Forms      Laws & Regulations      About USCIS      Education & Resources      Press Room

Print This Page          Back

## U.S. Citizenship and Immigration Services
## Nebraska Service Center Service Center Processing Dates
## Posted May 18, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications.  In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received.  However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time.  It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments.  Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time.  For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting.  Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections.  They are the time to complete processing and mail the actual notice and/or document.  If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us.  That is because it may take that long before it is returned to us as undeliverable.  You can also print the case status online answer

for your records.

Service Center Processing Dates for **Nebraska Service Center** Posted May 18, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|------|-------|-----------------------------------|---------------------------------------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | August 21, 2005 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | April 14, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | February 12, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | April 30, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 14, 2006 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | January 16, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | January 16, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | February 12, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | August 14, 2006 |
| I-131 | Application for Travel Document | All other applicants for advance parole | February 12, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | September 06, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | November 04, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | July 24, 2006 |

| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | August 22, 2006 |
|---|---|---|---|
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | August 25, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | June 29, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | September 25, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | October 20, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | May 15, 2006 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | November 13, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | August 13, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | January 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | September 17, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | November 13, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | August 06, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | February 05, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | February 05, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | February 05, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | February 05, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | February 05, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | February 05, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | February 05, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | February 05, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | December 07, 2006 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | July 12, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | September 22, 2006 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | April 09, 2007 |

| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | February 26, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | April 09, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | February 26, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | February 26, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | November 13, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | September 22, 2006 |

Print This Page        Back

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security