1                                   **PROOF OF SERVICE**

2    I, the undersigned, declare:

3    That I am an employee of Baughman & Wang and my business address is:

4                    111 Pine Street, Suite 1350
                    San Francisco, CA 94111
5
     That I served the within:
6
                    **RE:     C 07-3148 PVT**
7
                    **1)      SUMMONS IN A CIVIL ACTION;**
8                   **2)      CIVIL COVER SHEET;**
                    **3)      PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF**
9                           **MANDAMUS;**
                    **4)      ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND**
10                          **ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED**
                            **STATES MAGISTRATE JUDGE; AND**
11                  **5)      ECF REGISTRATION INFORMATION HANDOUT**

12   by placing said documents in an envelope, which was then sealed, with postage fully paid thereon, and
     was this day addressed as follows:
13
                    Alberto Gonzales (By Certified Mail)
14                  Attorney General
                    U.S. Department of Justice
15                  950 Pennsylvania Avenue, NW
                    Washington, DC 20530-0001
16
                    US Attorneys Office (By Certified Mail)
17                  450 Golden Gate Avenue, Box 36055
                    San Francisco, CA 94102
18                  Attn: Civil Process Clerk

19                  Office of the General Counsel (By Certified Mail)
                    U.S. Department of Homeland Security
20                  Washington, DC 20528

21                  Robert S. Mueller, III (By Certified Mail)
                    Director
22                  Federal Bureau of Investigations
                    Office of the General Counsel
23                  Room 7427, 935 Pennsylvania Ave., N.W.,
                    Washington, DC 20535
24

25   Executed this June 15 2007 at San Francisco, California.

26

27

28                                                  Ling Miao