UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NING CHUAN SHEN,
QI FAN,
SHIYI SHEN

        Plaintiff(s),

v.

MICHAEL CHERTOFF, ET AL.,

        Defendant(s).

                                 /

No. C 07-3148 PVT

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/28/2007

Signature

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")