SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NINGCHUAN SHEN,<br>QI FAN,<br>SHIYI SHEN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>　　　　Defendants. | No. C 07-3148 PVT<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiffs' request that this Court compel defendants to adjudicate the applications for adjustment of status. Given the substance of the action and the lack of any

Parties' Request to be Exempt from ADR
C07-3148 PVT                                                           1

potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: August 28, 2007                              Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                                    /s/
                                                    ILA C. DEISS
                                                    Assistant United States Attorney
                                                    Attorney for Defendants


Dated: August 28, 2007                              /s/
                                                    JUSTIN X. WANG
                                                    Attorney for Plaintiffs


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:
                                                    PATRICIA V. TRUMBULL
                                                    United States Magistrate Judge

Parties' Request to be Exempt from ADR
C07-3148 PVT                                        2