**E-filed 9/6/07**

1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6    Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
Attorneys for Defendants
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12 NINGCHUAN SHEN,
QI FAN,                                    No. C 07-3148 JF
13 SHIYI SHEN,

14         Plaintiffs,                **STIPULATION TO EXTEND DATES;**
                                          **and [~~PROPOSED~~] ORDER**
15    v.

16 MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security;
17 ROBERT S. MUELLER, Director of Federal
Bureau of Investigation,
18
        Defendants.
19

20    Plaintiffs, by and through their attorneys of record, and Defendants, by and through their

21 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

22    1. Plaintiffs filed this action on or about June 14, 2007.  The Defendants filed their response on

23 August 17, 2007.

24    2. Pursuant to this Court's August 30, 2007 reassignment order, the parties are required to file

25 a joint case management statement on September 14, 2007, and attend a case management

26 conference on September 21, 2007.

27    3. Defendant United States Citizenship and Immigration Services (USCIS) has issued a

28 Request for Evidence, giving Plaintiffs until 27, 2007 to respond.  Plaintiffs' background checks

Stipulation to Extend Dates
C07-3148 JF                                                  1

1  are completed and this matter may soon resolve administratively. In order to allow sufficient time
2  for the parties to consider an alternative resolution to this case and prepare a joint case
3  management statement, the parties hereby respectfully ask this Court to extend the dates in the
4  Court's scheduling order as follows:
5     Last day to file/serve Joint Case Management Statement:   October 19, 2007
6     Case Management Conference:   October 26, 2007 at 10:30 a.m.
7
8  Dated: August 30, 2007   Respectfully submitted,
9     SCOTT N. SCHOOLS
      United States Attorney
10
11
12     _____/s/_____
       ILA C. DEISS
       Assistant United States Attorney
13     Attorney for Defendants
14
15  Dated: August 30, 2007   _____/s/_____
       JUSTIN X. WANG
16     Attorney for Plaintiffs
17
18
                                   **ORDER**
19
       Pursuant to stipulation, IT IS SO ORDERED.
20
21
22  Date:  9/6/07
       _____
23     JEREMY FOGEL
       United States District Judge
24
25
26
27
28

Stipulation to Extend Dates
C07-3148 JF   2