1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE DIVISION

12 NINGCHUAN SHEN,                    )
   QI FAN,                            )  No. C 07-3148 JF
13 SHIYI SHEN,                        )
                                      )
14         Plaintiffs,                )
                                      )  **STIPULATION TO DISMISS AND**
15     v.                             )  **[PROPOSED] ORDER**
                                      )
16 MICHAEL CHERTOFF, Secretary of the )
   Department of Homeland Security;   )
17 ROBERT S. MUELLER, Director of Federal )
   Bureau of Investigation,           )
18                                    )
           Defendants.                )
19 _____
   )
20

21
       Plaintiffs, by and through their attorney of record, and Defendants, by and through their
22
   attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action
23
   in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).
24
       Each of the parties shall bear their own costs and fees.
25
   ///
26
   ///
27

28
   Stipulation to Dismiss
   C07-3148 JF                                    1

| | | |
|---|---|---|
| 1 | Date: September 28, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| | | United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: September 24, 2007

/s/
JUSTIN X. WANG
Attorney for Plaintiffs

**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.

Date:

JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C07-3148 JF    2