**E-filed 10/3/07**

1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12 | NINGCHUAN SHEN,                )
QI FAN,                          )   No. C 07-3148 JF
13 | SHIYI SHEN,                    )
                                   )
14 |           Plaintiffs,          )
                                   )   **STIPULATION TO DISMISS AND**
15 |      v.                        )   [~~PROPOSED~~] **ORDER**
                                   )
16 | MICHAEL CHERTOFF, Secretary of the )
Department of Homeland Security;  )
17 | ROBERT S. MUELLER, Director of Federal )
Bureau of Investigation,         )
18 |                                )
           Defendants.              )
19 | _____)
                                   )
20

21
       Plaintiffs, by and through their attorney of record, and Defendants, by and through their
22
attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action
23
in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).
24
       Each of the parties shall bear their own costs and fees.
25
///
26
///
27

28
Stipulation to Dismiss
C07-3148 JF                                 1

| | | |
|---|---|---|
| 1 | Date: September 28, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: September 24, 2007

/s/
JUSTIN X. WANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   10/2/07

JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C07-3148 JF                                      2